# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 96-14051-CR-MOORE/LYNCH

PIERRE CASTMA,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/



FILED by _____ D.C.

JUN 1 4 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D. OF FLA.

## REPORT AND RECOMMENDATION ON MOVANT'S
## MOTION AND NOTICE OF MOTION FOR REOPENING
## OF TIME FOR APPEAL [D.E. #279]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion as well as the government's response and the Movant's reply, this Court recommends to the District Court as follows:

    1.    The present motion requests reconsideration of the defendant's previous <u>pro se</u> motions to reopen the case for permitting a late filed appeal or relief from judgment. As this Court will relate herein, all of those motions have previously been denied.

    2.    The defendant filed a Motion to Extend Time for Appeal [D.E. #220]. This Court held a hearing in June of 2001 and after an evidentiary hearing, issued its Report and Recommendation [D.E. #236] recommending that the relief be denied. Thereafter, Judge Paine entered an Order adopting that Report and Recommendation [D.E. #239] dated July 2, 2001.

    3.    The defendant then attempted to appeal that ruling to the Eleventh Circuit Court of Appeals. However, the Eleventh Circuit Court of Appeals dismissed the

defendant's appeal for lack of jurisdiction by entry of Order dated October 29, 2001.

4.     Thereafter, the defendant filed a pro se Motion for Relief of Judgment [D.E. #264]. This Court issued another Report and Recommendation specifically analyzing the requests for relief. The defendant's requests were the same as in his original motion which this Court recommended being denied in its Report and Recommendation of June 6, 2001 and which was adopted by the District Court. Based upon the pleadings, this Court recommended a denial of the defendant's pro se Motion for Relief of Judgment and issued its Report and Recommendation on October 25, 2004 [D.E. #269]. Judge Paine adopted that Report and Recommendation and denied the pro se Motion for Relief of Judgment. Judge Paine's Order is dated March 30, 2005 [D.E. #272].

5.     The defendant thereafter filed a Motion for Reconsideration [D.E. #275]. This motion was denied by Judge Moore who has now been reassigned to this case.  Judge Moore's Order is dated February 24, 2006 [D.E. #278].

6.     The instant motion is essentially a one page motion and a one page affidavit which raises no new issues that have not already been previously ruled upon by the Court. In addition, there is a two and one-half page memorandum which does not add any new facts or arguments to the issues at hand.

**ACCORDINGLY**, this Court recommends to the District Court that the Movant's Motion and Notice of Motion For Reopening of Time for Appeal [D.E. #279] be **DENIED.**

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this ⁄4⁄ʜ day of June, 2007, at Fort Pierce, Northern

Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Theodore M. Cooperstein

Pierre Castma
P. O. Box 779800
E-Low
Federal Correctional Institution
Miami, Florida 33177