UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-14051-CR-MOORE

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**PIERRE CASTMA,**

      Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [286] on Defendant's Motion for Extension of Time to File Notice of Appeal issued June 14, 2007. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued June 14, 2007 [286] is hereby **ADOPTED**. Movant's Motion and Notice of Motion for Reopening of Time for Appeal [279] is hereby **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of June, 2007.

                                      K. MICHAEL MOORE
                                      UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record